**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 14-401-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| VERIZON COMMUNICATIONS INC., | ) ) |
| Defendant. | ) ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant Verizon Communications Inc. ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice.  Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

2

October 17, 2014

| | |
|---|---|
| BAYARD, P.A. | SEITZ ROSS ARONSTAM &MORITZ LLP |
| /s/ Stephen B. Brauerman | /s/ Benjamin J. Schladweiler |
| Richard D. Kirk (#922) | Collins J. Seitz, Jr. (#2237) |
| Stephen B. Brauerman (#4952) | Benjamin J. Schladweiler (#4601) |
| Vanessa R. Tiradentes (#5398) | 100 S. West Street |
| Sara E. Bussiere (#5725) | Suite 400 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 576-1600 |
| rkirk@bayardlaw.com | cseitz@seitzross.com |
| sbrauerman@bayardlaw.com | bschladweiler@seitzross.com |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |
| *Attorneys for Plaintiff Selene Communication Technologies, LLC* | *Attorneys for Defendant Verizon Communications Inc.* |

IT IS SO ORDERED this ____ day of October, 2014.

_____
United States District Judge